UNITED STATES BANKRUPCTY COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

In Re: Kathy Day Burgess §
§
§ CASE NO: 19-42050
DEBTOR(S) § CHAPTER 13

### TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN AND MOTION TO DISMISS

Comes now, Linda B. Gore, Trustee in this Chapter 13 Case, and objects to confirmation of the plan, and moves to dismiss this case for the following reasons:

1. **Debtor(s) has not appeared at the 341 meeting of creditors (set 1/10/20).**

2. **Pursuant to 11 U.S.C. §1325(a)(3), the plan may not be proposed in good faith in that debtor has had prior filings.**

3. **For informational purposes, the percent to unsecured claimholders is approximately 20%.**

Respectfully submitted on the 9th day of January, 2020.

LINDA B. GORE, ESQUIRE
CHAPTER 13 STANDING TRUSTEE
P. O. Box 1338
Gadsden, AL 35902
(256) 546-9262

### CERTIFICATE OF SERVICE

I, Linda B. Gore, hereby certify that the above document has been filed with the Clerk of the Court for immediate electronic service upon debtor(s) attorney, Lisa Milner Hancock at admin@bkrlawyer.com on this the 9th day of January, 2020.

LINDA B. GORE, TRUSTEE