# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| KATHY BURGESS | | Case No: 19-42050 |
| | | Chapter 13 |
| Debtor(s) | § | |

## TRUSTEE'S OBJECTION TO CLAIM

Comes now, Linda B. Gore, Trustee in this Chapter 13 case, and objects to **Claim #14** filed by **WILMINGTON SAVINGS FUND SOCIETY, FSB/CARRINGTON MORTGAGE SERVICES, LLC** in the amount of **$73,914.87** on the ground that said claim is excessive and admits **$6,818.51** as they have either refunded me money on the claim or written me to state the claim is satisfied.

WHEREFORE, the Trustee prays that the objection to **Claim #14** filed by **WILMINGTON SAVINGS FUND SOCIETY, FSB/CARRINGTON MORTGAGE SERVICES, LLC** be sustained

Respectfully submitted on the 28 day of October, 2020.

/s/ Linda B. Gore
LINDA B. GORE, ESQUIRE
CHAPTER 13 STANDING TRUSTEE
P.O. Box 1338
Gadsden, AL 35902-1338
(256)546-9262

## CERTIFICATE OF SERVICE

I, Linda B. Gore, hereby certify that the above document has, on this day been filed with the court and that immediate electronic service has been provided to Lisa Milner Hancock, Esq. at admin@bkrlawyer.com attorney for the debtor(s) and that I have mailed by U.S. Postal Service a copy to Wilmington Savings fund society, FSB/Carrington Mortgage Services, LLC at 1600 South Douglas Road, Anaheim, CA 92806 which is the address provided on the proof of claim where notices shall be provided, and Bryce Noel, attorney for creditor, at BNoel@alridgepite via electronic mail, on this the 28 day of October, 2020.

## NOTICE AND OPPORTUNITY FOR A HEARING

As Order sustaining said Objection may be entered by the Court at the expiration of 30 days from the date of this notice unless said Creditor filed a response and request for a hearing with the court within that time.

/s/ Linda B. Gore
LINDA B. GORE, Standing Trustee