UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

In Re: §

KATHY BURGESS § Case No.:19-42050
Chapter 13

Debtor(s) §

## ORDER ON OBJECTION TO CLAIM

This case came before the Court for consideration of the following Trustee's Objection to Claim:

**RE: Doc. No. 46 Objection to Claim 14 of creditor, WILMINGTON SAVINGS FUND SOCIETY, FSB/CARRINGTON MORTGAGE SERVICES, LLC in the amount of $73,914.87 filed by Trustee, Linda B. Gore.**

Notice and opportunity to request a hearing on the objection were given and no request for hearing was filed or otherwise made. The Court considered the objection, and it appears that the objection is due to be sustained.

It is, therefore, **ORDERED, ADJUDGED** and **DECREED** that the Trustee's objection is hereby **SUSTAINED,** and

| | |
|---|---|
| __X__ | The claim is ALLOWED in the amount previously paid by the Trustee and the **balance** of the claim is DISALLOWED. |
| _____ | The claim is DISALLOWED as having been filed after the claims bar date. |
| _____ | The claim is ALLOWED as a general unsecured claim, not entitled to secured or priority status. |
| _____ | The claim is DISALLOWED as a post-petition claim incurred without prior approval of the Trustee or Court. |
| _____ | The claim is Barred by the Statute of Limitation and is DISALLOWED. |

Dated: December 1, 2020

/s/James J. Robinson_____
James J. Robinson
Chief United States Bankruptcy Judge